# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-MC-033-FDW-DCK

| | |
|---|---|
| DELTA V FORENSIC ENGINEERING, INC., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| DELTA V BIOMECHANICS, INC., ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Non-Party Jan Barefoot's Motion To Quash Subpoena And Notice of Deposition" (Document No. 1) filed March 5, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b). Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion as moot.

Counsel for Defendant Delta V Biomechanics, Inc. has informed the undersigned's staff that the Central District of California has entered summary judgment in its favor and that the pending motion to quash before this Court is, therefore, mooted.

**IT IS, THEREFORE, ORDERED** that "Non-Party Jan Barefoot's Motion To Quash Subpoena And Notice of Deposition" (Document No. 1) is **DENIED AS MOOT**.

Signed: August 28, 2019

David C. Keesler
United States Magistrate Judge